1  Jenniffer Cabrera *(Pro Hac Vice Pending)*
   TROUTMAN AMIN, LLP
2  1825 NW Corporate Blvd., Suite 100
3  Boca Raton, FL 33431
   Telephone: (561) 834-0883
4  jenniffer@troutmanamin.com

5  Michael Brooks, Esq. (7287)
   HUTCHISON & STEFFEN, PLLC
6  Las Vegas, Nevada 89145
7  Telephone: (702) 385-2500
   Facsimile: (702) 385-2086
8  mbrooks@hutchlegal.com

9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| MICHELE ARCURI<br>Individually and on behalf of all<br>Others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITIZENS DISABILITY INSURANCE<br>SERVICES LLC.,<br><br>                    Defendant. | CASE NO. 2:23-cv-01563<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CITIZENS DISABILITY INSURANCE SERVICES LLC TO RESPOND TO COMPLAINT** |
|---|---|

Defendant Citizens Disability Insurance Services LLC ("Defendant"), by and through counsel of record, Hutchison & Steffen, PLLC, requests an extension of time through and including November 30, 2023, to answer, move, or otherwise respond to Plaintiff Michele Arcuri's ("Plaintiff") Complaint [ECF No. 1]. Plaintiff's counsel has advised that Plaintiff does not oppose this extension and/or motion. Good cause exists to extend the same, as counsel for Defendant was only recently retained and the extension will provide sufficient time to evaluate the case, prepare a response, and facilitate preliminary settlement discussions with Plaintiff.

For the foregoing reasons, Defendant respectfully requests that the Court grant this unopposed motion. This motion is filed in good faith and not intended to cause delay.

1    Dated this 26th day of October, 2023.

2                                    **HUTCHISON & STEFFEN, PLLC**

4     /s/Michael Brooks

5     Michael Brooks, Esq. (7287)
      Las Vegas, Nevada  89145
6     Telephone:  (702) 385-2500
      Facsimile:   (702)  385-2086
7     mbrooks@hutchlegal.com

8     Attorneys for Defendant

10    **ORDER**

11    **IT IS SO ORDERED.**

14    _____

15    DATED:   10/31/2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/Danielle Kelley
An employee of Hutchison & Steffen, PLLC