1  Jenniffer Cabrera *(Pro Hac Vice)*
   TROUTMAN AMIN, LLP
2  1825 NW Corporate Blvd., Suite 100
   Boca Raton, FL 33431
3  Telephone: (561) 834-0883
4  jenniffer@troutmanamin.com

5  Michael Brooks, Esq. (7287)
   HUTCHISON & STEFFEN, PLLC
6  Las Vegas, Nevada  89145
7  Telephone:  (702) 385-2500
   Facsimile:   (702) 385-2086
8  mbrooks@hutchlegal.com

9  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| MICHELE ARCURI Individually and on behalf of all Others similarly situated, Plaintiff, vs. CITIZENS DISABILITY INSURANCE SERVICES LLC., Defendant. | CASE NO. 2:23-cv-01563 **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CITIZENS DISABILITY LLC TO RESPOND TO SECOND AMENDED COMPLAINT** |
|---|---|

Defendant Citizens Disability LLC ("Defendant"), by and through counsel of record, Hutchison & Steffen, PLLC, requests an extension of time through and including February 26, 2024, to answer, move, or otherwise respond to Plaintiff Michele Arcuri's ("Plaintiff") Second Amended Complaint [ECF No. 29]. Plaintiff's counsel has advised that Plaintiff does not oppose this extension and/or motion. Good cause exists to extend the same, as the extension will provide sufficient time to prepare a response, and facilitate preliminary settlement discussions with Plaintiff.

For the foregoing reasons, Defendant respectfully requests that the Court grant this unopposed motion. This motion is filed in good faith and not intended to cause delay.

1    Dated this 8th day of February, 2024.

2                                    **HUTCHISON & STEFFEN, PLLC**

4                                    /s/Michael Brooks
                                     Michael Brooks, Esq. (7287)
                                     Las Vegas, Nevada  89145
                                     Telephone:  (702) 385-2500
                                     Facsimile:   (702) 385-2086
                                     mbrooks@hutchlegal.com

                                     Attorneys for Defendant


                                     **ORDER**

                                     **IT IS SO ORDERED.**


                                     _____
                                     UNITED STATES MAGISTRATE JUDGE

                                     DATED:  2/9/2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/Danielle Kelley<br>
An employee of Hutchison & Steffen, PLLC